UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL ALICEA,                                )<br>            Plaintiff,                              )<br>                                                       )    No. 1:10-cv-339<br>-v-                                                 )<br>                                                       )    HONORABLE PAUL L. MALONEY<br>CITY OF HOLLAND, MICHIGAN,   )<br>            Defendant.                         )<br>_____) | |

# JUDGMENT

Having found Plaintiff's claims barred by judicial estoppel and having dismissed the claims with prejudice, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Dated:   July 14, 2011                                  /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge